UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SHARN PARZIVAL,<br><br>Defendant | Criminal No. 24cr10166<br><br>Violation:<br><br>Count One: False Statement in Application for United States Passport<br>(18 U.S.C. § 1542) |

## INDICTMENT

### COUNT ONE
False Statement in Application for Passport
(18 U.S.C. § 1542)

The Grand Jury charges:

On or about January 31, 2023, in Somerville, in the District of Massachusetts, the defendant,

SHARN PARZIVAL,

willfully and knowingly made a false statement in an application for a passport with intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that in such application the defendant stated that he was a citizen or non-citizen national of the United States, which statement he knew to be false.

All in violation of Title 18, United States Code, Section 1542.

A TRUE BILL

_____
FOREPERSON


_____
ROBERT E. RICHARDSON
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: JUNE 6, 2024
Returned into the District Court by the Grand Jurors and filed.

/s/ Noreen A. Russo
_____
DEPUTY CLERK
                          at 1:25 PM